IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS DUNKEL, et. al., | CASE NO. 5:12-cv-01452 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO JUDGE SAUNDRA B. ARMSTRONG FOR CONSIDERATION OF RELATED CASE STATUS** |
| v. | |
| eBAY, INC., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Saundra B. Armstrong for a determination as to whether this case is related to <u>Fernando v. eBay, Inc.</u>, Case No. 4:10-cv-01668 SBA, an action currently pending before Judge Armstrong.

**IT IS SO ORDERED.**

Dated: June 12, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-01452 EJD
ORDER REFERRING CASE TO JUDGE SAUNDRA B. ARMSTRONG FOR CONSIDERATION OF RELATED CASE STATUS