Joseph Wood, Esq.
Hennefer Finley & Wood LLP
425 California St Ste 1900
San Francisco, CA 94104
Telephone.: (415) 296-0111
California SBN 103596

MARINA TRUBITSKY *(pro hac vice)*
(marina.trubitsky@lawcontact.com)
11 Broadway, Suite 861
New York, New York 10004
Telephone: (212) 732-7707
Facsimile: (212)732-7708

Attorneys for Intervenors/Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
### SAN JOSE BRANCH

| | |
|---|---|
| DENNIS DUNKEL, CY STAPLETON, COLETTE TAPIA AND EUGENE KRICHMAR on behalf of themselves and all others similarly situated and on behalf of the general public of the United States, Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>eBay, Inc.<br><br>Defendant. | Civil Action No. CV12-01452 EJD<br><br>~~PROPOSED~~ ORDER DENYING **PLAINTIFFS' MOTION TO STAY** |

This matter came before the Court on the motion by Plaintiffs for an Order staying Defendant's motion to dismiss pending the Court's determination on Plaintiffs' motion to intervene. Having considered all matters properly before the Court, Plaintiffs' motion to stay is DENIED. In addition, the court terminates the Motion to Relate (Docket Item No. 7) as this court is unable to rule on that request until such time as Judge Armstrong rules on the request pending before her. See Civ. L. R. 3-12(f).

1  The motion to dismiss the original complaint (Docket Item No. 17) is TERMINATED AS MOOT.
2  **IT IS SO ORDERED.**

Dated: August 1, 2012

_____
**HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE**