1  Marina Trutbitsky *(pro hac vice)*
2  (marina.trubitsky@lawcontact.com)
   11 Broadway, Suite 861
3  New York, New York 10004
   Telephone: (212) 732-7707
4  Facsimile: (212)732-7708

5  Joseph Wood, Esq.
   Hennefer Finley & Wood LLP
6  425 California St Ste 1900
   San Francisco, CA 94104
7  Telephone: (415) 296-0111
   California SBN 103596
8

9  Attorneys for Plaintiffs

IT IS SO ORDERED

Judge Edward J. Davila

3/26/2013

10

11  **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA**

    **SAN JOSE DIVISION**

13

14

15  DENNIS DUNKEL, CY STAPLETON,
    COLETTE TAPIA AND EUGENE
    KRICHMAR on behalf of themselves and all    Case No.  CV12-01452-EJD
16  others similarly situated and on behalf of the
    general public of the United States,          **STIPULATED REQUEST TO**
17  Plaintiffs,                                   **EXTEND TIME**

18                     Plaintiffs,                Date Filed:   March 22, 2012

19          v.

20  eBay, Inc.

21

22                     Defendant.

23

24

25

26

27

28

**STIP. REQUEST TO EXTEND TIME**
**CV12-01452-EJD**

1    WHEREAS, counsel for Plaintiffs has informed counsel for Defendant eBay, Inc. that

2    Plaintiffs require additional time to respond to the Defendant's Motion to Dismiss;

3    WHEREAS, the parties have agreed to extend the date by which Plaintiffs must respond to

4    Defendant's Motion to Dismiss by an additional period of seven (7) days from April 1, 2013;

5    WHEREAS, this requested extension will not change or alter any event already fixed by

6    Court order.

7

8    IT IS HEREBY STIPULATED by and between the parties, through their respective

9    counsel of record, that Plaintiffs shall have until and including April 8, 2013 to respond to

10   Defendant's Motion to Dismiss.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQUEST TO EXTEND TIME
CV12-01452-EJD

Dated: March 25, 2013

COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
BENJAMIN F. CHAPMAN (234436)
(bchapman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

By:    /s/    *Benjamin Chapman*
         Benjamin Chapman, Esq.

By:    /s/    *John Dwyer*
         John Dwyer, Esq.

*Attorneys for Defendant*
eBay, Inc.

Dated: March 25, 2013

LAW OFFICES OF MARINA TRUBITSKY, P.C.
MARINA TRUBITSKY
(Marina.rubitsky@lawcontact.com)
11 Broadway, Suite 861
New York, New York 10004
Telephone: (212) 732-7707
Facsimile: (212)732-7708

By:    /s/    *Marina Trubitsky*
         Marina Trubitsky, Esq.

*Attorneys for Plaintiffs*
Devinda Fernando, Vadim Tsigel, and Michael Zinger, on behalf of themselves and all others similarly situated and on behalf of the general public of the United States

Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from Benjamin Chapman, Esq. and John Dwyer, Esq.

Page 3

**STIP. REQUEST TO EXTEND TIME**
**CV12-01452-EJD**

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.


/s/ *Marina Trubitsky*
Marina Trubitsky

**STIP. REQUEST TO EXTEND TIME**
**CV12-01452-EJD**